Michael Louis Kelly - State Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Heather M. Baker - State Bar No. 261303
hmb@kirtlandpackard.com
KIRTLAND & PACKARD LLP
2041 Rosecrans Avenue, Third Floor
El Segundo, California 90245
Telephone: (310) 536-1000
Facsimile: (310) 536-1001

*Counsel for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN KACZOR, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HI TECH PHARMACEUTICALS INC., a Georgia corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:12-cv-04089-JAK-JCG <br><br> Complaint Filed: May 10, 2012 <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE HEARING ON MOTION TO DISMISS** |

02328-00001  157941.01

NOTICE OF SETTLEMENT AND REQUEST TO VACATE HEARING REGARDING MOTION TO DISMISS

1  **TO THE HONORABLE COURT:**

2  Please take notice that the parties, during the settlement conference that
3  occurred today before the Honorable Magistrate Judge Gandhi, reached an
4  agreement to settle this case. The parties will file a dismissal of this action within
5  the next 30 days.

6  Given the settlement, the parties respectfully request that the Court vacate the
7  Motion to Dismiss hearing presently set for this coming Monday, March 4, 2013, at
8  8:30 a.m.

9                                              RESPECTFULLY SUBMITTED,

10  DATED: March 1, 2013         **KIRTLAND & PACKARD LLP**
                                                  Michael Louis Kelly
11                                                    Behram V. Parekh
                                                  Heather M. Baker
12

13                                        By: /s/ Heather M. Baker
14                                              HEATHER M. BAKER

15                                        *Counsel for Plaintiff and all others similarly situated*

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
KIRTLAND & PACKARD LLP
02328-00001  157941.01         -2-

NOTICE OF SETTLEMENT AND REQUEST TO VACATE HEARING REGARDING MOTION TO DISMISS